EDWARD G. HERITAGE, administrator, &c., respondent,

*v.*

STELLA BETHEL et al., appellants.

[Decided January 19th, 1925.]

On appeal from a decree of the court of chancery.

*Mr. Benjamin J. Darling,* for the respondent.

*Mr. John J. Marnell* and *Mr. Leon Abbett,* for the appellants.

PER CURIAM.

The decree appeal from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Griffin, reported in *2 N. J. Adv. R. 759; 96 N. J. Eq. 515.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, MCGLENNON, KAYS, JJ. 14.

*For reversal*—None.